# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| GAYLA BRATTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20-04108-CV-S-WJE |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER SETTING SETTLEMENT CONFERENCE

This case has been referred to the undersigned for the purpose of conducting mediation. Accordingly, all parties and their lead counsel are directed to appear at a settlement conference on **Thursday, June 23, 2022, at 9:30 a.m.**, in the Magistrate Judge Courtroom at the United States Courthouse, 222 North John Q. Hammons Parkway, Springfield, Missouri.

The parties are required to appear personally, so as to increase the efficiency and effectiveness of the settlement conference by reducing the time for communication of offers and expanding the ability to explore options for settlement. The parties must be represented by a person with sufficient authority to participate meaningfully in a discussion of settlement and to obligate it if a settlement agreement is reached, without resorting to a telephone call. If another entity or agency's approval or authority to settle is required for any party, a representative of that agency or entity with settlement authority must attend this conference.

The purpose of the settlement conference is to assist the parties in determining if settlement is appropriate. The conference will be conducted in such a manner as not to prejudice any party in the event settlement is not reached. To that end, all matters communicated to the undersigned

in confidence will be kept confidential by him, and will not be disclosed to any other party or to the trial judge.

Prior to the settlement conference, the parties shall submit a Confidential Settlement Statement, not to exceed three pages, which outlines their positions on the factual and legal issues; the nature of relief requested; the nature and extent of injuries at issue; the nature and extent of discovery completed; and a summary of prior settlement discussions and offers. The Confidential Settlement Statements shall be sent via e-mail to Ginsey_Kramarczyk@mow.uscourts.gov by **12:00 p.m. on Monday, June 20, 2022**.

At the settlement conference, the parties may be given the opportunity to make a brief, informal presentation outlining the factual and legal highlights of the case. Separate confidential caucuses will then be held. Attached is an outline of issues to review prior to the settlement conference to make the best use of the time allotted. If no settlement discussions have taken place, the parties are encouraged to exchange demands and offers prior to the settlement conference.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: May 24, 2022